FILED IN OPEN COURT
DATE 11-21-2023
BY C. Amos
DEPUTY CLERK
Lburg DIVISION, W.D. of V

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 6:22-CR-22 |
| ) | |
| v. ) | |
| ) | |
| ) | |
| MARVIN LEE CALLOWAY ) | |
| ) | |

### UNITED STATES' PROFFER OF FACTS IN SUPPORT OF GUILTY PLEA

This proffer of facts summarizes the facts and circumstances surrounding the criminal conduct of the defendant MARVIN LEE CALLOWAY (herein, CALLOWAY), that is at issue in this case. Had this case proceeded to trial, the United States would have proven these facts beyond a reasonable doubt. This proffer of facts does not necessarily contain all of the information obtained during this investigation and applicable to an accurate Presentence Report and Sentencing Guidelines calculation.

Between at least May 2022, through November 2022, MARVIN LEE CALLOWAY knowingly and intentionally combined, conspired, confederated, and agreed with other persons to distribute and possess with the intent to distribute methamphetamine, a Schedule II controlled substance.

### Controlled Purchases

The Lynchburg Police Department ("LPD") developed a Confidential Informant ("CI-1") who had a prior relation with CALLOWAY. The LPD used CI-1 to conduct a controlled

purchase from CALLOWAY on June 22, 2022. CI-1 purchased a substance from CALLOWAY that was later determined by the DEA Mid-Atlantic Laboratory to be 419.70 grams of methamphetamine.

The Lynchburg Police Department ("LPD") developed a Confidential Informant ("CI-2") who had a prior relation with CALLOWAY. The LPD used CI-2 to conduct controlled purchases from CALLOWAY on multiple occasions, including the following:

1. On July 27, 2022, CI-2 purchased a substance from CALLOWAY that was later determined by the DEA Mid-Atlantic Laboratory to be 1.29 grams of methamphetamine. During the purchase, CI-2 also purchased firearms from CALLOWAY, specifically, a Taurus .44 Magnum and a Taurus .38 Revolver,

2. On August 2, 2022, CI-2 purchased a substance from CALLOWAY that was later determined by the DEA Mid-Atlantic Laboratory to be 107.62 grams of methamphetamine.

3. On August 4, 2022, CI-2 purchased a substance from CALLOWAY that was later determined by the DEA Mid-Atlantic Laboratory to be 34.98 grams of methamphetamine. During the purchase, CI-2 also purchased a firearm from CALLOWAY, specifically, an AR-15 rifle.

### Seizure on November 16, 2022

On November 16, 2022, the DEA and ATF executed a search warrant at 1620 Early Street, CALLOWAY's residence. During the search, the ATF and DEA found a safe that contained a substance later determined by the DEA Mid-Atlantic Laboratory to 25.47 grams of

methamphetamine. Also in the safe were two firearms, a Smith & Wesson, Model M&P 40 Pro-series, .40 caliber pistol, and a Ruger, Model LC9, 9mm pistol. Upon his arrest, CALLOWAY was found in possession of a key to the safe.

### Other Matters

Before CALLOWAY committed the offense charged in the Second Superseding Indictment, CALLOWAY had a conviction for a serious violent felony, namely, a conviction for attempted murder, in violation of Virginia Code Section 18.2-32, entered on or about March 24, 2000, for which he served more than 12 months imprisonment and a conviction for a serious violent felony, namely, a conviction for use of a firearm during the commission of a felony, in violation of Virginia Code Section 18.2-53.1, on or about April 4, 2002, for which he served more than 12 months imprisonment.

The actions taken by CALLOWAY as described above were taken willfully, knowingly, and with the specific intent to violate the law. CALLOWAY did not take those actions by accident, mistake, or with the belief that they did not violate the law.

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney

s/Sean M. Welsh
Sean M. Welsh
Assistant United States Attorney

United States Attorney's Office
255 West Main Street, Room 130
Charlottesville, VA 22902
Tel: 434.293.4283
Sean.Welsh@usdoj.gov